DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORATIONS UNLIMTED, LLC,** a/a/o **KATHLEEN REED,**
Appellant,

v.

**FLORIDA FAMILY INSURANCE COMPANY,**
Appellee.

No. 4D21-133

[April 29, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Gillman, Judge; L.T. Case No. 50-2019-AP-000064 and 50-2015-CC-012510.

Scott G. Millard and Kevin Vorhis of the Cohen Law Group, P.A., Maitland, for appellant.

Mihaela Cabulea and Anthony J. Russo of Butler Weihmuller Katz Craig, LLP; and Nicholas J. Reising, Jr. of Loughren, Doyle and Reising, P.A., Fort Lauderdale for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***